**United States District Court**
**Violation Notice** — MN08

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3220168 | POIRIER | 3870 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code | |
|---|---|---|
| 8/27/2013 2318 | 38 CFR 1.218(b) | 16 |

Place of Offense:
Building 10
1 Veterans Drive, Minneapolis, MN 55417

Offense Description: Factual Basis for Charge
Intoxicated on property / PBT .260

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Stanley | Tahnee | I |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ 200 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 225 Total Collateral Due

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 27 Aug, 20 13 while exercising my duties as a law enforcement officer in the US District of MN

Subject was passed out on an electrical box. Admitted to drinking. PBT 0.260.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/27/2013

Probable cause has been stated for the issuance of a warrant.

Executed on: _____